IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01316-REB-MJW

SHARON L. SEELEY,
as lawful representative for the ESTATE OF OLA L. STANGER, and the ESTATE OF
RICHARD L. STANGER; and on behalf of PARK THEATER MALL, LLC., O. STANGER,
LLC; RICHARD L. STANGER, LLC; OLA L. STANGER, LLC., R.L. STANGER, LLC;
OLA STANGER, LLC; STANGER ASPEN, LTD; and STANGER LAKE ESTES, LTD.,

Plaintiffs,

v.

FOUNDATION FOR ADVANCED RESEARCH, a charitable organization,
ASPEN LAKE INVESTORS, LLC.,
LEWCO INVESTMENTS, LLC.,
LARRY WALKER, individually, and
CLINTON M. WALKER, individually,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

        It is hereby ORDERED that the Joint Motion to Stay Proceedings Pending
Settlement Negotiations (Docket No. 5) is granted.  Therefore, defendants shall have up
to and including September 5, 2008, to answer or otherwise respond to the complaint.
In addition, the Rule 16 Scheduling Conference set for August 22, 2008, at 9:30 a.m. is
vacated and reset to September 24, 2008, at 9:30 a.m. in Courtroom A-502, Fifth Floor,
Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Date: July 15, 2008