IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01316-REB-MJW

SHARON L. SEELEY, as lawful representative for the
    ESTATE OF OLA L. STANGER and the
    ESTATE OF RICHARD L. STANGER; and on behalf of
PARK THEATER MALL, LLC;
O. STANGER, LLC;
RICHARD L. STANGER, LLC;
OLA L. STANGER, LLC;
R.L. STANGER, LLC;
OLA STANGER, LLC;
STANGER ASPEN, LTD.; and
LAKE ESTATES, LTD.,

    Plaintiff,

v.

FOUNDATION FOR ADVANCED RESEARCH;
ASPEN LAKE INVESTORS, LLC;
LEWCO INVESTMENTS, LLC;
LARRY WALKER; and
CLINTON WALKER,

    Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND STAY OF PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS ( Docket No. 9 )

THIS MATTER, coming before the Court upon the parties' Joint Motion to Extend Stay of Proceedings Pending Settlement Negotiations (the "Motion"), and the Court, having reviewed the Motion and being fully advised in the premises,

HEREBY ORDERS that the Motion is GRANTED. This action is stayed; the time for Defendants to respond to Plaintiff's Complaint is extended to and through October 6, 2008; and the Rule 16 scheduling conference set for ~~August 22~~ Sept. 24, 2008 at 9:30 a.m. is vacated.

DONE AND ORDERED this 8th day of September, 2008.

BY THE COURT:

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
~~United States District Court Judge~~ ~~DISTRICT OF COLORADO~~

A Rule 16 scheduling conference is set on October 21, 2008 At 9:30 AM. The parties shall submit their proposed Scheduling order by October 15, 2008.